August 23, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

LOYD LANDON SORROW, Appellant

NO. 14-15-00571-CV                         V.

HARRIS COUNTY, HARRIS COUNTY SHERIFF'S DEPARTMENT SHERIFF, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, THE HARRIS COUNTY SHERIFF DEPARTMENT'S MENTAL HEALTH DEPARTMENT, HARRIS COUNTY SHERIFF DEPARTMENT'S MEDICAL DIVISION: DR. SEAL, AND THE HARRIS COUNTY DISTRICT PROSECUTING ATTORNEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, Appellees

_____

This cause, an appeal from the judgment, signed, May 22, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We further order this decision certified below for observance.